```
              UNITED STATES DISTRICT COURT

                DISTRICT OF MASSACHUSETTS
```

**Jose Tecum Aguilar**

    V.                     CIVIL ACTION NO. 1:26-cv-10082-MJJ

**Wesling et al**

### ORDER OF DISMISSAL

**JOUN, D.J.**

In accordance with the Respondents' Status Report dated January 23, 2026, it is hereby ORDERED that the above- entitled action be and hereby is dismissed.

January 26, 2025                         /s/ Sophie Phillips
                                         ---------------------------
                                         **Deputy Clerk**